(HC) Arteaga v. Lungren, et al.                                                                 Doc. 3

Case 1:07-cv-01581-OWW-GSA     Document 3     Filed 11/01/2007     Page 1 of 1

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    LORENZO ARTEAGA,                          1:07-cv-01581 OWW GSA (HC)

12                  Petitioner,
                                                ORDER AUTHORIZING
13        vs.                                   IN FORMA PAUPERIS STATUS

14    DANIEL LUNGREN, et al.,

15                  Respondent.
      _____/

16

17        Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Coram Nobis

18    pursuant to 28 U.S.C. § 1651.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19    proceed *in forma pauperis*.  The petition will be screened in due course.

20

21        IT IS SO ORDERED.

22    **Dated:    November 1, 2007**            _____/s/ **Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28