UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ARTEAGA,<br><br>                    Petitioner,<br><br>          vs.<br><br>DANIEL LUNGREN, et al.,<br><br>                    Respondent.<br>_____/ | 1:07-cv-01581 OWW GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Coram Nobis pursuant to 28 U.S.C. § 1651.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **November 1, 2007**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE